UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA | : | |
| | : | |
| Plaintiff, | : | CASE NO. 1:06-CV-2601 |
| | : | |
| v. | : | |
| | : | |
| KAREN A. BLYLER | : | |
| | : | **AGREED ORDER** |
| Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| GIBRALTAR STRIP STEEL, INC. | : | |
| | : | |
| Third-Party Defendant. | : | |

    By agreement of the parties, Plaintiff Unum Life Insurance Company of America dismisses its claims against Karen Blyler with prejudice.  Defendant Karen Blyler dismisses all of her claims against Unum Life Insurance Company of America and against Third Party Defendant Gibraltar Strip Steel, Inc.  with prejudice.

                                              /s/SOLOMON OLIVER, JR.
                                                United States District Judge

| | |
|---|---|
| s/ Henry Novak, Jr. | s/ V. Brandon McGrath |
| Henry Novak, Jr., Esq. | V. Brandon McGrath |
| Henry Novak Law Office, LLC | Wood & Lamping LLP |
| 7023 Mill Road | 600 Vine Street, Suite 2500 |
| Brecksville, OH  44141 | Cincinnati, Ohio 45202-2401 |
| Telephone:  (440) 838-4900 | Telephone:  (513) 852-6000 |
| Facsimile: (440) 838-4901 | Facsimile:   (513) 852-6087 |
| E-mail:  novaklawoffice@sbcglobal.net | Email: vbmcgrath@woodlamping.com |
| | |
| ATTORNEY FOR DEFENDANT KAREN BLYLER | ATTORNEY FOR PLAINTIFF |